UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO SANDOVAL,<br><br>                                   Plaintiff,<br><br>v.<br><br>DAVID GULDSETH, M.D., ROMAN M. CHAM, M.D.,<br><br>                                   Defendants. | Case No.: 19cv1584-JO-RBB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROMAN M. CHAM, M.D. WITHOUT PREJUDICE FOR FAILURE TO EFFECTUATE SERVICE** |

Plaintiff Alberto Sandoval ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a complaint against Defendants David Guldseth, M.D. ("Dr. Guldseth") and Roman M. Cham, M.D. ("Dr. Cham"). On April 11, 2022, Magistrate Judge Brooks issued a Report and Recommendation ("Report") recommending that the complaint against Dr. Cham be dismissed without prejudice for failure to effectuate service. Plaintiff has not filed an objection.

## I. BACKGROUND

On August 23, 2019, Plaintiff initiated an action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff filed a First Amended Complaint on January 31, 2020. Dkt. 8. On April 1, 2020, the Court issued an order directing the U.S. Marshal to effect service of the First Amended Complaint upon Dr. Guldseth and Dr. Cham pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3). Dkt. 9. A process receipt and return reflecting service by the U.S. Marshal on May 20, 2020 upon Dr. Guldseth was filed with the Court. Dkt. 15. According to the docket, service was never effectuated on Dr. Cham. On February 4, 2022, the Court ordered Plaintiff to show cause on or before February 22, 2022, as to why his claims against Dr. Cham should not be dismissed under Federal Rule of Civil Procedure 4(m) and the Court's inherent authority. Dkt. 48 ("Order to Show Cause"). On March 8, 2022, following a change of Plaintiff's address, the Court reissued the Order to Show Cause ordering Plaintiff to respond on or before March 25, 2022. Dkt. 53. To date, Plaintiff has neither filed a response to the Order to Show Cause nor requested an extension of time to do so.

## II. DISCUSSION

The Court reviews *de novo* the portions of the Report to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.*

Neither party has timely filed objections to the Report. Having reviewed the Report, the Court finds that the Report is thorough, well-reasoned, and contains no error. Accordingly, the Court ADOPTS Magistrate Judge Brooks' Report (Dkt. 56) in its entirety.

For the reasons stated in the Report, which is incorporated herein by reference, the Court DISMISSES the claims against Dr. Cham without prejudice.

### III.   CONCLUSION

The Court hereby DISMISSES the claims against Dr. Cham without prejudice.

**IT IS SO ORDERED**.

Dated:  May 13, 2022

_____
Honorable Jinsook Ohta
United States District Judge