

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Alberto Sandoval

Plaintiff,

V.

Guldseth et al

Defendant.

Civil Action No. 19-cv-01584-JO-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's motion for reconsideration and GRANTS Defendant Guldseth's motion for summary judgment pursuant to Fed. R. Civ. P. 56(a). Judgment is in favor of Defendant Guldseth.

Date: 8/4/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Cazares

A. Cazares, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 19-cv-01584-JO-RBB

Defendants:

David Guldseth, M.D., Physician & Surgeon at Richard J. Donovan Correctional Facility;
Roman B. Cham, M.D., Offsite Consultant & Orthopedic Surgeon/Specialist;
K. Toor, M.D., Chief Physician & Surgeon at Valley State Prison;
Ikwinder K. Singh, M.D., Staff Physician; and
Tin-Aung Shwe, M.D., Staff Physician at Valley State Prison